11-4112
Tolo v. Holder

BIA
Nelson, IJ
A072 021 595

# UNITED STATES COURT OF APPEALS
## FOR THE SECOND CIRCUIT
## <u>SUMMARY ORDER</u>

RULINGS BY SUMMARY ORDER DO NOT HAVE PRECEDENTIAL EFFECT. CITATION TO A SUMMARY ORDER FILED ON OR AFTER JANUARY 1, 2007, IS PERMITTED AND IS GOVERNED BY FEDERAL RULE OF APPELLATE PROCEDURE 32.1 AND THIS COURT'S LOCAL RULE 32.1.1. WHEN CITING A SUMMARY ORDER IN A DOCUMENT FILED WITH THIS COURT, A PARTY MUST CITE EITHER THE FEDERAL APPENDIX OR AN ELECTRONIC DATABASE (WITH THE NOTATION "SUMMARY ORDER"). A PARTY CITING A SUMMARY ORDER MUST SERVE A COPY OF IT ON ANY PARTY NOT REPRESENTED BY COUNSEL.

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 19th day of July, two thousand twelve.

PRESENT:
GUIDO CALABRESI,
RICHARD C. WESLEY,
DEBRA ANN LIVINGSTON,
    *Circuit Judges.*

_____

CHIAKA TOLO,
    *Petitioner,*

      v.

ERIC H. HOLDER, JR., UNITED STATES ATTORNEY GENERAL,
    *Respondent.*

11-4112
NAC

_____

| | |
|---|---|
| FOR PETITIONER: | H. Raymond Fasano, Youman, Madeo & Fasano, LLP, New York, N.Y. |
| FOR RESPONDENT: | Eric W. Marsteller, Trial Attorney, Office of Immigration Litigation, Civil Division (Stuart F. Delery, Acting Assistant Attorney General, William C. Peachey, Assistant Director, *on the brief*), *for* Eric H. Holder Jr., United States Attorney General, Washington, D.C. |

UPON DUE CONSIDERATION of this petition for review of a Board of Immigration Appeals ("BIA") decision, it is hereby ORDERED, ADJUDGED, AND DECREED that the petition for review is DISMISSED.

Petitioner Chiaka Tolo, a native and citizen of Mali, seeks review of a September 14, 2011 decision of the BIA, affirming the October 29, 2009 decision of Immigration Judge ("IJ") Barbara A. Nelson, which denied his application for asylum, withholding of removal, protection under the Convention Against Torture ("CAT"), and cancellation of removal. *In re Chiaka Tolo*, No. A072 021 595 (B.I.A. Sept. 14, 2011), *aff'ing*, No. A072 021 595 (Immig. Ct. N.Y. City Oct. 29, 2009). We assume the parties' familiarity with the underlying facts and procedural history in this case.

Under the circumstances presented, we review both the IJ's and the BIA's decisions "for the sake of completeness." *Zaman v. Mukasey*, 514 F.3d 233, 237 (2d Cir. 2008) (per curiam) (internal quotation marks omitted). The applicable standards of review are well established. *See* 8 U.S.C. § 1252(b)(4)(B); *see also Xiu Xia Lin v. Mukasey*, 534 F.3d 162, 165-66 (2d Cir. 2008) (per curiam).

Because Tolo does not advance any challenge to the

2

agency's denial of his claims for withholding of removal, CAT relief, and cancellation of removal, he has waived these claims and we decline to consider them. *See Yueqing Zhang v. Gonzales*, 426 F.3d 540, 545 n.7 (2d Cir. 2005).

Furthermore, we lack jurisdiction to review Tolo's challenge to the agency's denial of his asylum claim on timeliness grounds. *See* 8 U.S.C. § 1158(a)(3); *Gui Yin Liu v. INS*, 508 F.3d 716, 720 (2d Cir. 2007) (per curiam). Although we retain jurisdiction to review questions of law and constitutional claims, 8 U.S.C. § 1252(a)(2)(D), Tolo's challenge to the agency's finding that he did not establish changed circumstances is simply a challenge to the agency's fact-finding, over which we do not have jurisdiction. *See Gui Yin Liu*, 508 F.3d at 721.

The petition for review is therefore DISMISSED. Any pending request for oral argument is DENIED in accordance with Federal Rule of Appellate Procedure 34(a)(2) and Second Circuit Local Rule 34.1(b), and any pending motion for a stay of removal in this petition is DISMISSED as moot.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk

3